UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| JOSE G. PEREZ, ET AL | § | |
| vs. | § | CIVIL ACTION No. 7:13cv261 |
| GUADALUPE "LUPE" TREVINO, ET AL | § | |

ORDER STRIKING DOCUMENT

The Clerk has noted the filing of your <u>PLAINTIFFS' FIRST AMENDED ORIGINAL COMPLAINT AND JURY DEMAND (D.E. # 8);</u> however, it is deficient as checked. (L.R. refers to the Local Rule of this District).

1. ❑ Document is not signed (L.R. 11.3).

2. ❑ Document does not comply with L.R.11.3.A.

3. ❑ Caption of the document is incomplete (L.R.10.1).

4. ❑ No certificate of service or explanation why service is not required (L.R. 5.3).

5. ❑ Motion does not comply with L.R.7

   a. ❑ No statement of opposition or non-opposition (L.R. 7.1.D(2)).

   b. ❑ No statement of conference between counsel (L.R. 7.1.D(1)).

   c. ❑ No separate proposed order attached (L.R. 7.1.C).

6. ❑ Motion to consolidate does not comply with L.R.7.6.

7. X Other: Leave of Court to amend pleading was not requested (FRCP 15).

The document is stricken from the record.

Signed on this 24th day of July, 2013 at McAllen, Texas.

HONORABLE RANDY CRANE
UNITED STATES DISTRICT JUDGE

(Rev 05/13)