UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| JOSE G. PEREZ ET AL | § | |
| vs. | § | CIVIL ACTION No. 7:13-261 |
| GUADALUPE "LUPE" TREVINO ET AL | § | |

ORDER STRIKING DOCUMENT

The Clerk has noted the filing of your Motion to Intervene (D.E. # 11); however, it is deficient as checked. (L.R. refers to the Local Rule of this District).

1. ❏ Document is not signed (L.R. 11.3).

2. ❏ Document does not comply with L.R.11.3.A.

3. ❏ Caption of the document is incomplete (L.R.10.1).

4. ❏ No certificate of service or explanation why service is not required (L.R. 5.3).

5. X Motion does not comply with L.R.7

    a. X No statement of opposition or non-opposition (L.R. 7.1.D(2)).

    b. X No statement of conference between counsel (L.R. 7.1.D(1)).

    c. X No separate proposed order attached (L.R. 7.1.C).

6. ❏ Motion to consolidate does not comply with L.R.7.6.

7. ❏ Other: _____

The document is stricken from the record.

Signed on this  24th  day of  July  , 2013 at McAllen, Texas.

_____
HONORABLE RANDY CRANE
UNITED STATES DISTRICT JUDGE

(Rev 05/13)