UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOSE G. PEREZ, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:13-CV-261 |
| | § § | |
| GUADALUPE TREVINO, *et al*, | § § | |
| Defendants. | § | |

## ORDER VACATING STRIKE ORDER

As Plaintiffs were not required to request leave to amend their pleading, *see* FED. R. CIV. P. 15(a)(1)(B), the Court hereby **ORDERS** that its July 24, 2013 Order Striking Plaintiffs' First Amended Original Complaint is **VACATED**.

SO ORDERED this 25th day of July, 2013, at McAllen, Texas.

_____
Randy Crane
United States District Judge