IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| JOSE G. PEREZ, | § | JURY DEMAND |
| MARIA GUADALUPE PEREZ and | § | |
| PATRICK L.T. SHUMAKER | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CASE NO. 7:13-cv-00261 |
| | § | |
| GUADALUPE "LUPE" TREVIÑO, | § | |
| SHERIFF OF HIDALGO COUNTY, | § | |
| TEXAS, AND HIDALGO COUNTY, | § | |
| TEXAS AND CITY OF MISSION, | § | |
| TEXAS, | § | |
|     Defendants, | § | |

**DEFENDANT CITY OF MISSION, TEXAS' CERTIFICATE
OF INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

    COMES NOW, **City of Mission, Texas**, Defendant in the above styled and numbered cause and pursuant to the Court's Order for Conference, hereby certifies that the only persons, associations, etc., that are known to this defendant to be financially interested in the outcome of this litigation, at this point in time are:

    1.    Plaintiff, Jose G. Perez;

    2.    Plaintiff, Maria Guadalupe Perez;

    3.    Plaintiff Patrick L.T. Shumaker;

    4.    Plaintiffs' counsel, James P. Grissom;

    5.    Intervenor, Hector Rivera;

    6.    Intervenor, Johnny Earl Course;

7. Intervenors' counsel, Richard Alamia;

8. Defendant, Guadalupe "Lupe" Treviño, Sheriff of Hidalgo County, Texas;

9. Defendant, Hidalgo County, Texas;

10. Defendant, City of Mission, Texas;

11. Texas Municipal League - Intergovernmental Risk Pool.

Respectfully submitted,

By: /s/ Eileen M. Leeds
Eileen M. Leeds
*Attorney-in-Charge*
State Bar No. 00791093
USDC Adm. No. 16799

Jose Luis Caso
State Bar No. 24065018
USDC No. 1570664
*Of Counsel*

Guerra, Leeds, Sabo & Hernandez, P.L.L.C.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520
Telephone: 956-541-1846
Facsimile: 956-541-1893
*Of Counsel*
**ATTORNEYS FOR DEFENDANT
CITY OF MISSION**

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Via Electronic Notice**
Mr. James P. Grissom
1111 W. Nolana Avenue
McAllen, Texas 78504-3747
*Plaintiffs' Counsel*

**Via Electronic Notice**
Mr. Joseph A. Connors, III
605 E. Violet #3
McAllen, Texas 78504
*Plaintiffs' Counsel*

**Via Electronic Notice**
Mr. Preston Henrichson
Law Offices of Preston Henrichson, P.C.
222 W. Cano
Edinburg, Texas 78539
*Co-Defendants' Counsel*

**Via Electronic Notice**
Mr. Richard Alamia
113 S. 10th Ave.
Edinburg, Texas 78539
*Intervenors' Counsel*

                                                /s/ Eileen M. Leeds
                                                  Eileen M. Leeds