UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOSE G. PEREZ, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:13-CV-261 |
| | § | |
| GUADALUPE TREVINO, *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER DENYING OPPOSED MOTION OF DEFENDANTS GUADALUPE "LUPE" TREVIÑO, SHERIFF OF HIDALGO COUNTY, TEXAS, AND HIDALGO COUNTY, TEXAS TO SEVER CAUSE OF ACTION OF MISJOINED PLAINTIFF PATRICK L. T. SHUMAKER**

Came on to be considered the Motion of Defendants GUADALUPE "LUPE" TREVIÑO, SHERIFF OF HIDALGO COUNTY, TEXAS, AND HIDALGO COUNTY to Sever Cause of Action of Plaintiff, Patrick L. T. Shumaker.

For the reasons stated on the record at the September 5, 2013 initial pretrial conference, the Court is of the opinion that such motion should be DENIED.

SO ORDERED this 9th day of September, 2013, at McAllen, Texas.

_____
Randy Crane
United States District Judge