UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOSE G. PEREZ, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 7:13-CV-261 |
| GUADALUPE TREVINO, *et al*, | § § § | |
| Defendants. | § | |

## MINUTE ENTRY

As more than 21 days has passed since the filing of Defendants' Motions to Dismiss (Dkt. Nos. 13, 29), the Court hereby **ADVISES** that Plaintiffs have 10 days from the date of this Minute Entry to respond to the Motions or the Court will consider the Motions as unopposed and grant the relief requested therein. *See* Local Rules 7.3, 7.4.

SO ORDERED this 15th day of November, 2013, at McAllen, Texas.

_____
Randy Crane
United States District Judge