# GUERRA, LEEDS, SABO & HERNANDEZ, P.L.L.C.
## ATTORNEYS AT LAW

R.D. "BOBBY" GUERRA*
EILEEN M. LEEDS
FRANK SABO, JR.◆*
JOE HERNANDEZ
ANALISA FIGUEROA
HEATHER SCOTT

JOSÉ L. CASO*
YSMAEL D. FONSECA*
ELIZABETH M. GARCIA■*
CHRISTOPHER PINEDA

1534 EAST 6ᵀᴴ STREET, SUITE 200
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893
www.guerraleeds.com

* MCALLEN OFFICE:
10213 N. 10ᵀᴴ STREET
McALLEN, TEXAS 78504
TELEPHONE: (956) 383-4300
FACSIMILE: (956) 383-4304

◆ Board Certified-Personal Injury Trial Law
  Texas Board of Legal Specialization
■ Also Licensed in the State of Washington

November 21, 2013

**Via Electronic Filing**
Mr. David J. Bradley
United States District Clerk
1701 W. Hwy. 83, Suite 1011
McAllen, Texas 78501

RE:   Civil Action No.: 7:13-cv-261
      Jose G. Perez & Maria Guadalupe Perez v. Guadalupe Trevino, Sheriff of Hidalgo County, Hidalgo County & *City of Mission*; In the United States District Court Southern District of Texas, McAllen Division
      **Our File No.: 25.13540 RDG/EL/JC**

Dear Mr. Bradley:

This letter is to advise the Court as well as all of the attorneys of record that the undersigned will be on vacation from **December 6, 2013 through December 16, 2013.** We would request the Court not to schedule any matters which would require her presence at hearings during this period.

By copy of this letter, we are advising opposing counsel of our action.

Thank you for your usual kind courtesies.

                              Very Truly Yours,

                              Guerra, Leeds, Sabo & Hernandez, P.L.L.C.


                              By:   /s/ Eileen M. Leeds
                                    Eileen M. Leeds

EL/cv

Mr. David Bradley
November 21, 2013
Page 2

xc:

**Via Electronic Notice**
Mr. James P. Grissom
1111 W. Nolana Avenue
McAllen, Texas 78504-3747

**Via Electronic Notice**
Mr. Joseph A. Connors, III
605 E. Violet #3
McAllen, Texas 78504

**Via Electronic Notice**
Mr. Preston Henrichson
Law Offices of Preston Henrichson, P.C.
222 W. Cano
Edinburg, Texas 78539

**Via Electronic Notice**
Mr. Richard Alamia
113 S. 10th Ave.
Edinburg, Texas 78539