UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOSE G. PEREZ, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:13-CV-261 |
| | § | |
| GUADALUPE TREVINO, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR ADDITIONAL TIME TO FILE PLAINTIFFS' RESPONSE TO COURT'S ORDER GRANTING LEAVE TO AMEND

On this day, the Court considered the Plaintiffs' Motion for Additional Time to File Plaintiffs' Response to Court's Order Granting Leave to Amend (Dkt. No. 41), and the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Movants shall have until January 21, 2014 to file Plaintiffs' Response to Court's Order Granting Leave to Amend.

SO ORDERED this 9th day of January, 2014, at McAllen, Texas.

_____
Randy Crane
United States District Judge