UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOSE G. PEREZ, MARIA GUADALUPE PEREZ, and PATRICK L.T. SHUMAKER, Plaintiffs | § § § § | |
| vs. | § § | CASE NO. 7:13-cv-00261 |
| GUADALUPE "LUPE" TREVINO, SHERIFF OF HIDALGO COUNTY, TEXAS, HIDALGO COUNTY, TEXAS, JONATHAN CHRISTOPHER TREVINO, ALEXIS RIGOBERTO ESPINOZA, FABIAN RODRIGUEZ, GERARDO MENDOZA DURAN, ALVARO GILBERTO DeHOYOS, SALVARDOR JOEL ARGUELLO, ERIC MICHAEL ALCANTAR, JAMES PHIL FLORES, CLAUDIO ALBERTO MATA, MARTIN GARZA, CHIEF OF POLICE, MISSION, TEXAS and CITY OF MISSION, TEXAS, Defendants | § § § § § § § § § § § § § | |

**ALEXIS RIGOBERTO ESPINOZA'S ORIGINAL ANSWER TO
PLAINTIFFS' FIRST AMENDED ORIGINAL COMPLAINT AND JURY DEMAND**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW, **ALEXIS RIGOBERTO ESPINOZA**, Defendant in the above-entitled and numbered cause, and files this, his Original Answer to Plaintiffs' First Amended Original Complaint, and would show unto the Court as follows:

**I.**

**GENERAL DENIAL**

Defendant denies each and every, all and singular, the allegations and demands strict proof thereof as required by the Federal Rules of Civil Procedure 12(a)(2) or (3).

## II.

## PRAYER

Defendant prays the Court, after notice and hearing or trial, enter judgment in favor of Defendant, and award Defendant his costs of court and such other and further relief as Defendant may be entitled to in law or in equity.

        Respectfully submitted,

        LAW OFFICE OF AL ALVAREZ
        4409 N. McColl Road
        McAllen, Texas 78504
        (956)686-3700 *Telephone*
        (956)687-7075 *Telecopier*

        */s/ AL ALVAREZ*
        ADOLFO ALVAREZ
        Texas Bar No. 01126850

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served by electronic mail delivery in accordance with the Texas Rules of Civil Procedure on this 29th day of January, 2014, on the following:

jpglawer01@gmail.com
James P. Grissom
Attorney At Law
1111 W. Nolana Avenue
McAllen, Texas 78504-3747

conners@innocent.com
Joseph A. Connors, III
Attorney At Law
605 E. Violet, #3
McAllen, Texas 78504

preston@henrichsonlaw.com
Preston Henrichson
Law Office of Preston Henrichson, P.C.
222 West Cano
Edinburg, Texas 78539

eleeds@guerraleeds.com
Eileen M. Leeds
Guerra, Leeds, Sabo & Hernandez, PLLC
1534 East 6th Street, Suite 200

Brownsville, Texas 78520

*richard.alamia@yahoo.com*
Richard R. Alamia
Attorney At Law
113 South 10th Street
Edinburg, Texas 78539

                                        */s/ Adolfo Alvarez*
                                        ADOLFO ALVAREZ