Patrick Shumaker
430 North Long Street
Starkville, Ms. 39759
(662) 542-0185

United States District Court
Southern District of Texas
FILED

MAR 03 2014

David J. Bradley, Clerk

February 28, 2014

Dear Clerk,
    Please file this notice of termination under Civil Number 7:13-00261

*Patrick Shumaker*

Patrick Shumaker

Page 1

Patrick Shumaker

430 North Long Street

Starkville, Ms. 39759

(662)542-0185


February 28, 2014


RE:  Notice of Termination of Attorney-Client relationship in Civil Cause 7:13-00261


Dear Court,

    I, Patrick Shumaker am terminating legal services from James P. Grissom and any other co-counsel. Please forward all document to above address.


*Patrick Shumaker*

Patrick  Shumaker