UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOSE G. PEREZ, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:13-CV-261 |
| | § | |
| GUADALUPE TREVINO, *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER SETTING HEARING ON MOTION TO WITHDRAW

IT IS HEREBY ORDERED that this matter is set for hearing on Plaintiff's Attorneys' Motion to Withdraw (Doc. #56) on May 28, 2014, at 10:00 a.m. before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

Counsel for Plaintiff is to provide notice of this hearing to Plaintiffs.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED this 12th day of May, 2014, at McAllen, Texas.

_____
Randy Crane
United States District Judge